

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     In re Sean Roberts

Appellate case number:    01-20-00370-CV

Trial court case number:  2012-64419

Trial court:               215th District Court of Harris County

Relator Sean Roberts filed a petition for writ of mandamus, complaining of the trial court's denial of his motion to set supersedeas bond. Roberts included in his petition a motion for temporary relief, requesting a stay of all proceedings to enforce the trial court's July 12, 2019 order.

The Court **grants** the motion for temporary relief and **orders** all proceedings to enforce the July 12, 2019 order **stayed** pending disposition of this proceeding.

The Court directs real party in interest, Seth Kretzer, to file a response to the petition for writ of mandamus **within 20 days of the date of this order**.

It is so ORDERED.

Judge's signature: ___Justice Richard Hightower_____
                       ☑ Acting individually    ☐ Acting for the Court

Date: ____May 7, 2020___